[No. 32783-6-I.   Division One.   December 29, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH W. ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-01420-8, Thomas J. Wynne, J., entered April 26, 1993. *Reversed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 33165-5-I.   Division One.   December 29, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ANTHONY WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-01835-1, James D. McCutcheon, J., entered July 6, 1993. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Webster and Becker, JJ.

[No. 34466-8-I.   Division One.   December 29, 1995.]

JENNIFER WEN, ET AL., *Appellants*, v. WASHINGTON ALPHA CHAPTER OF PHI DELTA THETA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-20504-1, Sally Phillips Pasette, J., entered March 29, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Cox, JJ.

[No. 34493-5-I.   Division One.   December 29, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFTON EUGENE TURNER, *Defendant*, GEORGE ERVIN BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01259-4, Jo Anne Alumbaugh, J., entered April 4, 1994. *Affirmed* by unpublished per curiam opinion.